In the Matter of the General Assignment for the Benefit of Creditors of IRVING BERNSTEIN, Assignor, to SOLOMON J. SINGER, Assignee, Petitioner, Appellant. TRINITY OPERATING COMPANY, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of permitting the assignee to receive individually $78.43, the sum remaining in his hands upon his accounting, in reimbursement of the judgment paid to respondent. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MANUEL FERMIN LEONOR, Respondent, v. INGENIO PORVENIR C. POR A., Appellant, Impleaded with Another, Defendant.— Order, so far as appealed from, unanimously modified by limiting item 2 to a statement of the laws of the Dominican Republic enunciated in court decisions, and as so modified affirmed, without costs. The bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MANUEL FERMIN LEONOR, Respondent, v. INGENIO PORVENIR C. POR A., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE CUTRONE, Appellant, v. SANTO CUTRONE, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [176 Misc. 988.]

MARY LENCHES and MICHAEL LENCHES, Appellants, v. BRONX ELECTRICAL APPLIANCES, INC., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES GOELL, Appellant, and CITY REAL ESTATE COMPANY, Plaintiff, v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VIRGINIA FITZSIMMONS and Another v. MORRIS BUDA and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SPENCER, WHITE & PRENTIS, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK, as Surviving Trustee of the Trust Created under Paragraph Sixteenth of the Last Will and Testament of FRANCES E. WOODBURY, Deceased, for the Benefit of MARTHA E. WOODBURY, and Remaindermen Thereafter, and for a Construction of Said Paragraph Sixteenth of Said Last Will and Testament. JANET HOLDEN. THE FIFTH AVENUE BANK OF NEW YORK. UNITED STATES TRUST COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

ABE WEISSMAN v. SPENCER, WHITE & PRENTIS, INC.— Motion for leave to